UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUPERIOR DIAGNOSTICS, INC. d/b/a SUPERIOR IMAGING,<br><br>　　　　　　Defendant. | C.A. No. 16-cv-10290-GAD-DRG |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Allstate Insurance Company, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

*/s/ Jacquelyn A. McEttrick*
_____
Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
John D. Tertan
jtertan@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiff*
*Allstate Insurance Company*

Dated: September 21, 2016

## CERTIFICATE OF SERVICE

I, Jacquelyn A. McEttrick, attorney for the Plaintiffs, hereby certify that I served a copy of the foregoing Notice of Voluntary Dismissal on all parties of record in the above-captioned matter via CM/ECF Filing.

*/s/ Jacquelyn A. McEttrick*
_____
Jacquelyn A. McEttrick

Dated: September 21, 2016